UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMANDO BELTRAN PRADO,

    Petitioner,

v.

KRISTJEN M. NIELSEN, Secretary of the United States Department of Homeland Security, *et al.*,

    Respondents.

NO. C18-1307-JLR-JPD

ORDER GRANTING TEMPORARY STAY OF REMOVAL AND DIRECTING SERVICE

Petitioner, proceeding through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an emergency request for stay of removal. Dkt. 1-13. Petitioner is currently detained by U.S. Immigration and Customs Enforcement ("ICE") in Tukwila, Washington, and is scheduled for imminent removal on September 4, 2018. *Id.* Petitioner moves for a stay of removal so that the respondent agencies may adjudicate his Motion to Reopen Removal Proceedings before the Board of Immigration Appeals, and to adjudicate his "T" ("trafficking victim") visa application so that he may remain with his family in the United States. Having reviewed petitioner's submissions, the Court ORDERS as follows:

ORDER GRANTING TEMPORARY
STAY OF REMOVAL AND DIRECTING
SERVICE- 1

(1) In light of the immediacy of the harm to petitioner before an opportunity for review of the case on the merits takes place, petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's habeas petition or motion for stay.

(2) If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents, including the emergency request for stay of removal. Service upon the United States Attorney is deemed to be service upon the following respondents: Kristjen M. Nielson, Secretary of the United States Department of Homeland Security; the Department of Homeland Security; Jefferson Beauregard Sessions, III, Attorney General of the United States; Bryan S. Wilcox, Acting Director of Enforcement and Removal Operations in the Seattle District Office; United States Immigration and Customs Enforcement; Lee Francis Cissna, Director of United States Citizenship and Immigration Services; the United States Citizenship and Immigration Services; and the United States of America.

(3) **Within thirty (30) days of the date this Order is posted**, respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing and serving a return as provided in 28 U.S.C. § 2243. As a part of the return, respondent(s) shall submit a memorandum of authorities in support of their position and state whether an evidentiary hearing is necessary. Also as a part of the return, respondent(s) shall respond to petitioner's request for stay.

(4) The return will be treated in accordance with Local Rule LCR 7. Accordingly, on the face of the return, respondent(s) shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for

ORDER GRANTING TEMPORARY
STAY OF REMOVAL AND DIRECTING
SERVICE- 2

consideration of the matter, and respondent(s) may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(5) If petitioner's custody status changes at any point during this litigation, **respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

(6) The Clerk shall send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 4th day of Sept., 2018.

JAMES L. ROBART
United States District Judge

Recommended for Entry
this 4th of September, 2018.

/s/ Mary Alice Theiler
MARY ALICE THEILER
United States Magistrate Judge

ORDER GRANTING TEMPORARY
STAY OF REMOVAL AND DIRECTING
SERVICE- 3