UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMANDO BELTRAN PRADO,

    Petitioner,

v.

KIRSTJEN M. NIELSEN, et al.,

    Respondents.

Case No. C18-1307-JLR-JPD

ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE

This is a 28 U.S.C. § 2241 immigration habeas action. The parties have filed a joint stipulation to modify the briefing schedule for respondents' motion to dismiss. Dkt. 6. Finding good cause, the joint stipulation, Dkt. 6, is GRANTED, and the Clerk is directed to RE-NOTE respondents' motion to dismiss, Dkt. 4, for **November 2, 2018**. Petitioner shall file his response by **October 29, 2018**. The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 24th day of October, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING JOINT
STIPULATION TO MODIFY BRIEFING
SCHEDULE - 1