UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| ARMANDO BELTRAN PRADO,<br><br>Petitioner,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.<br><br>Respondents. | Case No. 2:18-cv-01307-JLR-JPD<br><br>Agency No. A087-595-496<br><br>JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE<br><br>NOTED ON MOTION CALENDAR:<br>March 6, 2019 |

## JOINT STIPULATION

The parties have jointly stipulated to modify the current briefing schedule to allow the Petitioner to file his Response to the Report and Recommendation on March 13, 2019 and to note this Motion for March 6, 2019.

Pursuant to Local Rule 7(j), Petitioner's counsel, Diana E. Moller, conferred with Respondents' counsel, Ms. Kristin Berger Johnson at the earliest opportunity on March 4, 2019.

JOINT STIPULATION TO MODIFY BRIEFING
SCHEDULE- 1 of 5

Moller Immigration Law Associates, PLLC
444 NE Ravenna Blvd., Suite 200-B
Seattle, WA 98115
Telephone (206) 466-6625
Fax (206) 452-5648

Ms. Moller requested an extension of time to file the Response to the Report and Recommendations because in December 2019, Ms. Moller scheduled ankle replacement surgery for Monday, March 4, 2019. The timing of this surgery was/is critical for Ms. Moller because she will likely have to move offices when her lease expires on May 31, 2019. (The current owner plans to demolish the building in order to build an apartment building with retail space on the ground floor.)

From six prior ankle surgeries, Ms. Moller knows she is unable to care for herself for at least two weeks after. The surgery requires a long period of recovery (including three to six months of one hundred percent non-weightbearing on the surgical leg and the inability to lift or carry anything heavy). Ms. Moller had to spend a great deal of time arranging for surgical after-care because she lives alone. At the same time, she was trying to cover her other professional and personal responsibilities for an extended medical leave.

On about Wednesday, February 27, 2019, when her surgeon returned from a two-week vacation, Ms. Moller learned on very short notice that the March 4th surgery would have to be postponed because the ankle replacement device was not manufactured in time for the surgery to take place.

Dated this 4th day of March, 2019.

/s Diana E. Moller
Diana E. Moller
WSBA No. 24707
Attorney for Petitioner Armando Beltran Prado
Moller Immigration Law Associates, PLLC
444 NE Ravenna Blvd., Suite 200-B
Seattle, WA 98115
(206) 466-6625
(206) 452-5648

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE- 2 of 5

Moller Immigration Law Associates, PLLC
444 NE Ravenna Blvd., Suite 200-B
Seattle, WA 98115
Telephone (206) 466-6625
Fax (206) 452-5648

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s Kristin B. Johnson per email authorization
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail kristin.b.johnson@usdoj.gov
Attorney for the Respondents

JOINT STIPULATION TO MODIFY BRIEFING
SCHEDULE- 3 of 5

Moller Immigration Law Associates, PLLC
444 NE Ravenna Blvd., Suite 200-B
Seattle, WA 98115
Telephone (206) 466-6625
Fax (206) 452-5648

1
2                     ~~PROPOSED~~ ORDER  *JLR*
3
4    The stipulation is approved. The Petitioner's response to the Report and
5    Recommendation shall be due on March 13, 2019 and the Respondents' Responses *(if any)* shall be filed
6    fourteen days thereafter. *NO further extensions will be granted.* *JLR*
7    Order dated March 6, 2019.
8
9
10                                    _____
                                      Judge James L. Robart
11                                    U.S. District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO MODIFY BRIEFING                    Moller Immigration Law Associates, PLLC
SCHEDULE- 4 of 5                                        444 NE Ravenna Blvd., Suite 200-B
                                                        Seattle, WA 98115
                                                        Telephone (206) 466-6625
                                                        Fax (206) 452-5648